UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIARWOOD THIRTEEN LLC,

    Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

    Defendant.

CIVIL NO. 3:14-cv-30074

## JOINT MOTION TO STAY ACTION FOR 90 DAYS

Plaintiff Briarwood Thirteen LLC ("Briarwood Thirteen") and Defendant Travelers Property Casualty Company of America ("Travelers") (together, the "Parties") hereby jointly move to stay this action for a period of ninety (90) days to allow them time to resolve the insurance coverage and loss measurement dispute presented in this action. In support of their Joint Motion, the Parties state as follows:

1. Briarwood Thirteen filed its Complaint in Massachusetts Superior Court, Hampden County, on or about February 27, 2014. Briarwood Thirteen served Travelers with a copy of the Summons and Complaint on or about March 25, 2014. Travelers timely removed the case to this Court on April 23, 2014.

2. Before Briarwood Thirteen commenced this action, it and Travelers were working toward a negotiated adjustment and resolution of the underlying property insurance and business interruption claim. Briarwood Thirteen filed the lawsuit in February in order to preserve its rights

*[Handwritten annotation:]* ALLOWED. If this case is not resolved, Plaintiff's counsel will submit a joint status report no later than September 5, 2014. So ordered. /s/ Michael A. Ponsor USDJ 5-13-14