UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Briarwood Thirteen, LLC )<br>Plaintiff, )<br> )<br>v. )<br> )<br>Travelers Property Casualty )<br>Company of America )<br>Defendant )'<br> ) | CIVIL NO: 3:14-CV-30074 |

JOINT STATUS REPORT

Pursuant to an order dated May 13, 2014, the parties submit this joint status report. This is a case arising from the Tornado that hit Springfield, Massachusetts on June 1, 2011. A month prior to the tornado Briarwood had purchased 55 State Street, Springfield, Massachusetts, a multi-unit commercial property which was insured through Travelers Property Casualty Company of America. Briarwood Thirteen, LLC is a single member LLC. Lester Seidman is that single member.

The Plaintiff sought payment for tornado-related property damage and other losses under its policy with Travelers. When the parties were unable to reach a resolution of the Plaintiff's claim, counsel for the Plaintiff was retained to file the instant action. Because the parties had not completed a negotiated adjustment of the claim by the time suit was filed, they jointly moved

*Construed as a motion to extend the stay, this is ALLOWED, through November 7, 2014. Counsel will submit a further status report no later than 11/7/14. So ordered. Michael A. Ponsor USDJ 9-8/14*